IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI WATERKEEPER, CENTER FOR
BIOLOGICAL DIVERSITY, FLORIDA
WILDLIFE FEDERATION, INC., and
DIVING EQUIPMENT AND
MARKETING ASSOCIATION,

     *Plaintiffs,*

v.       Case No. 16-cv-61975

UNITED STATES ARMY CORPS OF
ENGINEERS, *et al.*,

     *Defendants.*
_____/

## STATUS REPORT

Pursuant to this Court's order dated January 23, 2017, the Defendants, the United States Army Corps of Engineers; Michael L. Connor, Assistant Secretary of the Army; Scott A. Spellmon, Commanding General and Chief of Engineers; James L. Booth, District Commander of Jacksonville District Corps of Engineers; the National Marine Fisheries Service ("NMFS"); Gina Raimondo, Secretary of the Department of Commerce; Janet Coit, Assistant Administrator for Fisheries; and Andrew J. Strelcheck, Southeast Regional Administrator for the National Marine Fisheries Service ("Defendants"), by their undersigned counsel, hereby submit their status report apprising the Court as to: (a) the status of their Endangered Species Act ("ESA") consultation and National Environmental Policy Act ("NEPA") supplementation progress; (b) the status of the pre-engineering and design phase ("PED") for the Project, including when the PED phase is expected to be complete, and detailing the next phase for the Port Everglades project once the PED phase is complete; (c) updates on the estimated dates of completion for the documents associated with the agency's new upcoming decisions under NEPA and the ESA (*i.e.*,

the Corps' supplemental NEPA documentation and NMFS' biological opinion ("New Decisions")), including draft supplemental NEPA document(s); and (d) the estimated dates that the Corps will enter into contracts and begin channel deepening and widening work for the project.

A.     Status of ESA Consultation and NEPA Supplementation Progress

The Corps sent a letter to NMFS, formally requesting the reinitiation of ESA consultation, on September 27, 2016. Consultation is ongoing. The Corps prepared a biological assessment, which was submitted to NMFS on August 23, 2018. After receiving initial feedback from NMFS staff, the Corps withdrew the biological assessment on October 3, 2018 to allow itself the opportunity to provide additional information. The Corps re-submitted the biological assessment to NMFS in December 2020. On March 1, 2021, NMFS responded to the Corps' biological assessment with a request for additional information. On April 15, 2021, the Corps provided a partial response to NMFS's request for additional information and, on May 14, 2021, the Corps submitted to NMFS a revised biological assessment that, among other things, supplemented the response to NMFS's request. On January 31, 2022, the Corps submitted a further revised supplemental biological assessment to NMFS. NMFS and the Corps are continuing to resolve outstanding information needs detailed in NMFS's March 1, 2021 request for additional information, and the timelines herein reflect the anticipated time to complete that process. The Corps has concluded its scoping phase of the NEPA process and has begun working on supplemental NEPA documentation.

B.     Status of the Pre-Engineering and Design Phase for the Project

The Corps has completed approximately 65% of the design and engineering work on the

deepening and widening features that the Corps currently plans to construct as part of the Project, with a current estimated completion of the design and engineering phase in April 2027.

C.   Estimated Dates of Completion for the Documents Associated with the New Decisions

The Corps issued a revised draft supplemental NEPA document, which includes the revised supplemental biological assessment as an appendix, in February 2022. While their estimates are subject to change depending on a number of factors, NMFS and the Corps presently estimate that they will complete the ESA consultation process in February 2024, issue a final supplemental NEPA document in February 2024, and issue a record of decision in May 2024.

D.   Estimated Dates that the Corps will Award Contracts and Begin Construction on the Channel Deepening and Widening for the Project

The Corps presently anticipates that contract award for channel deepening and widening work will not occur before August 2027, and the channel deepening and widening work for the Project will not commence before August 2027, at the earliest.

//
//
//
//
//
//
//
//
//

The Defendants will submit a further status report on or before February 27, 2023.

DATED:   November 29, 2022.

                              Respectfully submitted,

                              TODD KIM
                              Assistant Attorney General
                              Environment & Natural Resources Division

*/s/ J. Brett Grosko*
J. BRETT GROSKO
*Senior Trial Attorney*
MARK ARTHUR BROWN (FL Bar # 0999504)
*Senior Trial Attorney*
Wildlife and Marine Resources Section
Environment & Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
TEL: (202) 305-0342 (Grosko) /
  (202) 305-0204 (Brown)
FAX: (202) 305-0275
E-mail: brett.grosko@usdoj.gov
mark.brown@usdoj.gov

*Counsel for Defendants*

*Of Counsel*

Jocelyn D'Ambrosio
Office of General Counsel
Southeast Section
National Oceanic and Atmospheric Administration
U.S. Department of Commerce
Saint Petersburg, Florida

Rachel D. Gray
Office of Counsel
U.S. Army Corps of Engineers
Jacksonville, Florida

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which will send notification of such to the attorneys of record.

                              */s/ J. Brett Grosko*
                              J. Brett Grosko
                              Attorney for Defendants