IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

MIAMI WATERKEEPER, CENTER FOR
BIOLOGICAL DIVERSITY, FLORIDA
WILDLIFE FEDERATION, INC., and
DIVING EQUIPMENT AND
MARKETING ASSOCIATION,

    *Plaintiffs*,

v.                                            Case No. 16-cv-61975

UNITED STATES ARMY CORPS OF
ENGINEERS, *et al.*,

    *Defendants*.
_____/

## MOTION FOR STAY IN LIGHT OF LAPSE OF APPROPRIATIONS

Federal Defendants (the United States Army Corps of Engineers; D. Lee Forsgren, Acting Assistant Secretary of the Army; William H. Graham, Jr., Commanding General and Chief of Engineers; Brandon Bowman, District Commander of Jacksonville District Corps of Engineers; the National Marine Fisheries Service ("NMFS"); Howard Lutnick, Secretary of the Department of Commerce; Eugenio Piñeiro-Soler, Assistant Administrator for NOAA Fisheries; and Andrew J. Strelcheck, Southeast Regional Administrator for the National Marine Fisheries Service) hereby move for a stay in the above-captioned case. In support of this motion, Federal Defendants state as follows:

## MEMORANDUM IN SUPPORT

1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for most Executive agencies, including some components of the Defendant National Marine Fisheries Service. The Department does not know when funding will be

1

restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings until Congress has restored appropriations.

4. The Government requests that, at that point, all current deadlines for the parties (including the deadline for Federal Defendants to submit a status report on November 14, 2025) be extended until five business days after Congress has appropriated funds.

5. Counsel for the other parties have authorized counsel for the Federal Defendants to state that this motion is unopposed.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a continuance of the scheduled status conference until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: November 7, 2025.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MEREDITH L. FLAX, Deputy Section Chief

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN (FL Bar # 0999504)
*Senior Trial Attorney*
Wildlife and Marine Resources Section

Environment & Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
TEL: (202) 532-3103
E-mail: mark.brown@usdoj.gov

*Counsel for Defendants*

*Of Counsel*

Katharine Zamboni
Office of General Counsel
Southeast Section
National Oceanic and Atmospheric Administration
U.S. Department of Commerce
Saint Petersburg, Florida

Brooks Moore
Meredith Kidd
Office of Counsel
U.S. Army Corps of Engineers
Jacksonville, Florida

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which will send notification of such to the attorneys of record.

                                */s/ Mark Arthur Brown*
                                Mark Arthur Brown
                                Attorney for Defendants