UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61975-CIV-DIMITROULEAS

MIAMI WATERKEEPER, CENTER FOR
BIOLOGICAL DIVERSITY, FLORIDA
WILDLIFE FEDERATION, INC., and
DIVING EQUIPMENT AND
MARKETING ASSOCIATION,

    *Plaintiffs,*

v.

UNITED STATES ARMY CORPS OF
ENGINEERS, *et al.*,

    *Defendants.*

_____/

### ORDER GRANTING MOTION TO STAY

THIS CAUSE is before the Court on the Federal Defendants' Motion to Stay in Light of Lapse of Appropriations, filed on November 7, 2025. [DE 84]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The Motion [DE 84] is **GRANTED.**

    2. The Federal Defendants' deadline to submit a status report is **STAYED** until five business days after Congress has appropriated funds for the Federal Government.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 10th day of November, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record