**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

MIAMI WATERKEEPER, CENTER FOR
BIOLOGICAL DIVERSITY, FLORIDA
WILDLIFE FEDERATION, INC., and
DIVING EQUIPMENT AND
MARKETING ASSOCIATION,

   *Plaintiffs,*

v.             Case No. 16-cv-61975

UNITED STATES ARMY CORPS OF
ENGINEERS, *et al.*,

   *Defendants.*

_____/

## STATUS REPORT

Pursuant to this Court's order dated January 23, 2017, the Defendants, the United States Army Corps of Engineers; D. Lee Forsgren, Acting Assistant Secretary of the Army; William H. Graham, Jr., Commanding General and Chief of Engineers; Brandon Bowman, District Commander of Jacksonville District Corps of Engineers; the National Marine Fisheries Service ("NMFS"); Howard Lutnick, Secretary of the Department of Commerce; Eugenio Pineiro-Soler, Assistant Administrator for NOAA Fisheries; and Andrew J. Strelcheck, Southeast Regional Administrator for the National Marine Fisheries Service ("Defendants"), by their undersigned counsel, hereby submit their status report apprising the Court as to: (a) the status of their Endangered Species Act ("ESA") consultation and National Environmental Policy Act ("NEPA") supplementation progress; (b) the status of the pre-engineering and design phase ("PED") for the Project, including when the PED phase is expected to be complete, and detailing the next phase for the Port Everglades project once the PED phase is complete; (c) updates on the estimated dates of completion for the documents associated with the agency's new upcoming

1

decisions under NEPA and the ESA (*i.e.*, the Corps' supplemental NEPA documentation and NMFS' biological opinion ("New Decisions")), including draft supplemental NEPA document(s); and (d) the estimated dates that the Corps will enter into contracts and begin channel deepening and widening work for the project.

A.       Status of ESA Consultation and NEPA Supplementation Progress

The Corps sent a letter to NMFS, formally requesting the reinitiation of ESA consultation, on September 27, 2016. Consultation is ongoing. The Corps prepared a biological assessment, which was submitted to NMFS on August 23, 2018. After receiving initial feedback from NMFS staff, the Corps withdrew the biological assessment on October 3, 2018 to allow itself the opportunity to provide additional information. The Corps re-submitted the biological assessment to NMFS in December 2020. On March 1, 2021, NMFS responded to the Corps' biological assessment with a request for additional information. On April 15, 2021, the Corps provided a partial response to NMFS's request for additional information and, on May 14, 2021, the Corps submitted to NMFS a revised biological assessment that, among other things, supplemented the response to NMFS's request. On January 31, 2022, the Corps submitted a further revised supplemental biological assessment to NMFS. The Corps prepared a revised supplemental biological assessment, which it submitted to NMFS on May 31, 2024. On July 23, 2024, NMFS sent the Corps a letter explaining why NMFS found the biological assessment is "insufficient for the purposes of initiating Section 7 ESA consultation." The Corps responded to NMFS's letter recognizing receipt on August 30, 2024. During a series of meetings in September 2024, the Corps provided explanation and clarification to address the topics of concern NMFS identified in its July 23, 2024, correspondence. The Corps and NMFS have met multiple times in an attempt to resolve the outstanding issues related to Section 7 ESA consultation, including a

virtual meeting with leadership from both agencies held March 11-13, 2025. Following this meeting, on March 26, 2025, NMFS provided the Corps with a list of additional information needed to initiate and complete ESA consultations. The Corps responded to this request on April 11, 2025, by providing an addendum to its May 2024 Supplemental Biological Assessment.

B.       Status of the Pre-Engineering and Design Phase for the Project

The Corps has completed approximately 65% of the design and engineering work on the deepening and widening features that the Corps currently plans to construct as part of the Project, with a current estimated completion of the design and engineering phase in February 2028.

C.       Estimated Dates of Completion for the Documents Associated with the New Decisions

The Corps issued a revised draft supplemental NEPA document, which includes the revised supplemental biological assessment as an appendix, in February 2022. NMFS initiated consultation on May 16, 2025. NMFS and the Corps presently estimate they will complete the ESA consultation process in March 2026 with the issuance of a final biological opinion. The Corps intends to issue a final supplemental NEPA document in September 2026 and issue a record of decision in October 2026.

D.       Estimated Dates that the Corps will Award Contracts and Begin Construction on the Channel Deepening and Widening for the Project

The Corps presently anticipates that contract award for channel deepening and widening work will not occur before June 2028, and the channel deepening and widening work for the Project will not commence before June 2028, at the earliest.

The Defendants will submit a further status report on or before Thursday, May 28, 2026.

DATED: February 27, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Mark Arthur Brown*
MARK ARTHUR BROWN (FL Bar # 0999504)
*Senior Trial Attorney*
Wildlife and Marine Resources Section
Environment & Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
TEL: (202) 532-3103
mark.brown@usdoj.gov

*Counsel for Defendants*

*Of Counsel*

Katharine Zamboni
Office of General Counsel
Southeast Section
National Oceanic and Atmospheric Administration
U.S. Department of Commerce
Saint Petersburg, Florida

Brooks Moore
Office of Counsel
U.S. Army Corps of Engineers
Jacksonville, Florida

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF, which will send notification of such to the attorneys of

record.

*/s/ Mark Arthur Brown*
Mark Arthur Brown

4